# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# Houston DIVISION

In re *Manconix, Inc.*  
    *a Texas Corporation*

Case No.  
Chapter *11*

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*Bridgeland International, Inc.\**<br>*13606 Laurel Terrace Lane*<br>*Sugar Land Texas 77498* | Phone:<br>*Bridgeland International, Inc.*<br>*13606 Laurel Terrace Ln*<br>*Sugar Land Texas 77498* | *Vendor Account* | | *$ 724,553.27* |
| 2<br>*Cooper Bussman, Inc.\**<br>*P.O. Box 644133*<br>*Pittsburgh PA 15264-4133* | Phone:<br>*Cooper Bussman, Inc.\**<br>*P.O. Box 644133*<br>*Pittsburgh PA 15264-4133* | *Vendor* | | *$ 669,045.04* |
| 3<br>*Ex-Eltronics Inc.*<br>*137 Express Street*<br>*Plainview NY 11803-2404* | Phone:<br>*Ex-Eltronics Inc.*<br>*137 Express Street*<br>*Plainview NY 11803-2404* | | | *$ 519,583.63* |
| 4<br>*Creative Microsystems, Inc.\**<br>*P.O. Box 2410*<br>*Renton WA 98056* | Phone:<br>*Creative Microsystems, Inc.*<br>*P.O. Box 2410*<br>*Renton WA 98056* | *Vendor Account* | | *$ 233,055.25* |
| 5<br>*TTI, Inc.\**<br>*2441 Northeast Parkway*<br>*Fort Worth TX 76106-1896* | Phone:<br>*TTI, Inc.*<br>*P.O. Box 99111*<br>*Fort Worth TX 76199-0111* | *Vendor Account* | | *$ 190,059.37* |

, 
                                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Prodensa Svcs De Consultoria*<br>CARRETERA NACIONAL #5000-305<br>La Rioja Monterrey N.L. | Phone:<br>Prodensa Svcs De Consultoria<br>CARRETERA NACIONAL #5000-305<br>La Rioja Monterrey N.L. | Vendor Account | | $ 180,600.31 |
| 7<br>NTHDESIGNZ LLC<br>4106 Lofty Ridge<br>Houston TX 77059 | Phone:<br>NTHDESIGNZ LLC | | | $ 127,000.00 |
| 8<br>Hai Nguyen<br>4152 Bellaire Blvd.<br>Houston TX 77025 | Phone:<br>Hai Nguyen<br>4152 Bellaire Blvd.<br>Houston TX 77025 | | | $ 110,000.00 |
| 9<br>Classic Components Corp.<br><br>2211 Norfolk, Ste 510<br>Houston TX  77098 | Phone:<br>Classic Components Corp.<br>c/o Andrew B. Totz<br>2211 Norfolk, Ste 510<br>Houston TX  77098 | | U | $ 99,097.71 |
| 10<br>Star Precision Fabricating*<br>5410 Brystone Dr.<br>Houston TX 77041 | Phone:<br>Star Precision Fabricating<br>5410 Brystone Dr.<br>Houston TX 77041 | Vendor Account | | $ 95,257.89 |
| 11<br>Allied Wire & Cable<br>101 Ketstrel Drive<br>Collegeville PA 19426 | Phone:<br>Allied Wire & Cable<br>101 Ketstrel Drive<br>Collegeville PA 19426 | | D | $ 77,584.00 |
| 12<br>United Electronics Corporation*<br>3360 Enterprise Avenue<br>Fort Lauderdale FL 33331 | Phone:<br>United Electronics Corporation<br>3360 Enterprise Avenue<br>Fort Lauderdale FL 33331 | Vendor Account | | $ 66,719.47 |

_____ ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 13<br>Arrow Electronics, Inc.*<br><br>PO Box 7000<br>Tarzana CA  91357 | Phone:<br>Arrow Electronics, Inc.<br>P.O. Box 951597<br>Dallas TX 75395-1597 | Vendor Account | | $ 52,497.09 |
| 14<br>Resource MFG*<br>222 W. Las Colinas Blvd, #250E<br>Irving TX 75039 | Phone:<br>Resource MFG<br>P.O. Box 951859<br>Dallas TX 75395-1859 | Vendor Account | | $ 48,801.53 |
| 15<br>LADD Industries, LLC*<br><br>4849 Hempstead Station Dr.<br>Kettering OH  45426 | Phone:<br>LADD Industries<br>P.O. Box 802076<br>Chicago IL 60680-2076 | Vendor Account | | $ 44,840.69 |
| 16<br>Aonics Electronics*<br><br>Ste # 2<br>Lutz FL  33559 | Phone:<br>Aonics Electronics<br>24152 State Rd. 54<br>Ste # 2<br>Lutz FL  33559 | Vendor Account | | $ 44,003.85 |
| 17<br>American Express Bank FSB*<br><br>PO Box 3001<br>Dallas TX  19355-0701 | Phone:<br>American Express Bank FSB*<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Dallas TX  19355-0701 | Credit Card | | $ 42,331.98 |
| 18<br>Duggan Manufacturing*<br><br>Ste # S15<br>Shelby TWP MI  48317 | Phone:<br>Duggan Manufacturing*<br>50150 Ryan Road<br>Ste # S15<br>Shelby TWP MI  48317 | Vendor Account | | $ 41,698.20 |
| 19<br>Misco/MPLS Speaker Co., Inc.*<br>2637 32nd Avenue South<br>Minneapolis MN 55406-1641 | Phone:<br>Misco/MPLS Speaker Co., Inc.*<br>2637 32nd Avenue South<br>Minneapolis MN 55406-1641 | Vendor Account | | $ 37,000.00 |

_____ ,
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 20<br>Digi-Key Corporation*<br><br>P.O. Box 250<br>Thief River Fall MN  56701-0250 | Phone:<br>Digi-Key Corporation*<br>Digi-Key Corp. 928197<br>P.O. Box 250<br>Thief River Fall MN  56701-0250 | Vendor Account | | $ 35,419.87 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Minh Leba*, *CEO* of the *Corporation* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *6/25/2015*    Signature */s/ Minh Leba*
                          Name: *Minh Leba*
                          Title: *CEO*